**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| GARY FRISBY, *etc.*,<br><br>               Plaintiff,<br><br>   v.<br><br>SONY MUSIC ENTERTAINMENT,<br>*etc.*, *et al.*,<br><br>               Defendants.<br><br>AND CONSOLIDATED ACTION | Case No.  CV 19-1712-GW-AGRx<br>           **CV 19-4167-GW-AGRx**<br><br>JUDGMENT<br><br>Date: March 2, 2020<br>Time: 8:30 a.m.<br><br>Courtroom of the Honorable<br>George H. Wu<br>United States District Judge |

# JUDGMENT

The Court having granted the Motion of defendants Bryson Tiller, Michael Hernandez, and Sony Music Entertainment for Summary Judgment in Case No. 2:19-cv-01712-GW-AGRx and Case No. 2:19-cv-04167-GW-AGRx,

**IT IS ORDERED AND ADJUDGED** that plaintiff Gary Frisby take nothing and that his First Amended Complaint in Case No. 2:19-cv-01712-GW-AGRx and his Complaint in Case No. 2:19-cv-04167-GW-AGRx each be dismissed on the merits and in favor of defendants Bryson Tiller, Michael Hernandez, and Sony Music Entertainment favor, with those defendants to recover their costs.

Dated: March 15, 2021

_____
HON. GEORGE H. WU,
United States District Judge

1